# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2015

150093

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RICHARD JAMES WEISHUHN,
      Defendant-Appellant.

SC: 150093
COA: 322172
Isabella CC: 2013-001436-FH

_____/

On order of the Court, the application for leave to appeal the July 23, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2015



Clerk

t0318